# HINSHAW



Philip Touitou
(212) 471-6211
ptouitou@hinshawlaw.com

**ATTORNEYS AT LAW**

780 Third Avenue
4th Floor
New York, NY 10017-2024

212-471-6200
212-935-1166 (fax)
www.hinshawlaw.com

August 4, 2008

**VIA OVERNIGHT MAIL**
Hon. Shira A. Scheindlin
United States District Judge
U.S. District Court for the Southern District of New York
 Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 1620
New York, NY 10007

Re:    Pamela Carvel v. New York State, et al.
       <u>08 CV 3305 (SAS)</u>

Dear Judge Scheindlin:

We have been retained to represent defendant Eve Markewich, individually and as a partner of Blank Rome LLP, in the above referenced action. Our client was served with a Amended Summons and Complaint on August 4, 2008. To date, no certificates of service have been filed on the Court's docket, so we are unable to determine if any other defendants have been served. Given the extensive related and collateral litigation which Ms. Carvel has engaged in,[1] as well as a related action currently pending in this court captioned *Anderson v. The State of New York*, Docket No. 07 CV 9599 (SAS), we are requesting that the Court schedule a court conference for the purpose of putting in place a motion schedule concerning our response to plaintiff's amended complaint, or, alternatively, that the Court issue an Order extending the time in which our client must respond to the amended complaint given the prolix nature of plaintiff's pleading (203 paragraphs covering 58 pages) and the sheer volume of materials in the related and underlying litigations.

Thank you for your attention to this matter.

*Defendant's time to respond to the Complaint is extended to October 3, 2008.*

*SO ORDERED:*

*Dated: New York, New York*
*August 4, 2008*

*Shira A. Scheindlin*
*U.S.D.J.*

Very truly yours,

HINSHAW & CULBERTSON LLP

By: _____
        Philip Touitou (PT-4302)

---

[1] Upon information and belief, there has been related litigation in state courts in Florida, Delaware, and New York, federal court in New York, and the Chancery Court in the United Kingdom.

31029267v1 57676

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

Hon. Shira A. Scheindlin
August 4, 2008
Page 2




cc:     <u>By Overnight Mail</u>
        Pamela Carvel
        28 Old Brompton Road, Suite 158
        London SW7 3SS England
        *Plaintiff, pro se*